```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOANNE REHMEYER                   :          CIVIL ACTION
                                  :
                                  :
         v.                       :
                                  :
                                  :
PEAKE PLASTICS CORPORATION,       :          NO. 16-5690
et al.
```

ORDER

AND NOW, this 20th day of December, 2016, it is hereby ORDERED that the motion of Plaintiff Joanne Rehmeyer to "remand to state court" (Doc. # 11) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.