IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE REHMEYER | : | CIVIL ACTION |
| v. | : | |
| PEAKE PLASTICS CORPORATION, et al. | : | NO. 16-5690 |

## **ORDER**

AND NOW, this 15th day of May 2017, upon consideration of Defendant Parker-Hannifin Corporation's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 46), and Plaintiff's response (Doc. 47), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.