IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOANNE REHMEYER | : | CIVIL ACTION |
| v. | : | |
| PEAKE PLASTICS CORPORATION, et al | : | NO. 16-5690 |

## **ORDER**

AND NOW, this _4th__ day of October 2017, upon consideration of Plaintiff's motion to compel Defendant Model Pattern Company, Inc. ("MP") to Produce Certain Documents (Doc. 58), and Defendant MP's response thereto (Doc. 59), IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED as to Requests 37, 47, 48, and 49, to the extent responsive documents exist which have not been produced, limited to the period from November 7, 2004, to November 7, 2014, consistent with the attached Memorandum. In all other respects the motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE